✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

| Northern | District of | Illlinois |
|---|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |

Pedro Delgado        **DOCKETED**

APR 0 2 2004

Case Number:        00 CR 508

USM Number:

Jennifer Bay
_____
Defendant's Attorney

## THE DEFENDANT:

X   admitted guilt to violation of condition(s)  1,2 and 3 _____ of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| No. 1 | The offender failed to perform community service as directed by the probation office. | |
| No. 2 | The offender failed to participate in drug aftercare as directed by the probation office. | |
| No. 3 | The offender was arrested and charged in a new federal offense. | |

     The defendant is sentenced as provided in pages 2 through   __3__   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 22, 1999
_____
Date of Imposition of Judgment

_____
Signature of Judge

_____
Name and Title of Judge

March 29, 2004
_____
Date

16

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page   2   of   3

DEFENDANT:       Pedro Delgado, Jr.
CASE NUMBER:     00 CR 508

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
One year

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐ at ·_____ ☐ a.m. ☐ p.m.    on _____ .

     ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
               Sheet 2A — Imprisonment

Judgment—Page   3   of   3

DEFENDANT:     Pedro Delgado
CASE NUMBER:     00 CR 508

## ADDITIONAL IMPRISONMENT TERMS

One year of imprisonment is to run concurrent with sentence in case number 03 CR 147.